■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO DUKES, Appellant. [663 NYS2d 825] —Judgment, Supreme Court, New York County (Sheila Abdus-Salaam, J.), rendered May 31, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was

not against the weight of the evidence. Factual issues were properly presented to the jury and we see no reason to disturb its findings (*see, People v Gaimari*, 176 NY 84, 94). The court's denial of defendant's day-of-trial request for a continuance for the substitution of retained counsel was a proper exercise of discretion (*People v Arroyave*, 49 NY2d 264). The challenged portions of the People's summation do not warrant reversal (*see, People v Galloway*, 54 NY2d 396). We have reviewed defendant's remaining contentions and find them to be without merit. Concur—Milonas, J. P., Nardelli, Rubin, Mazzarelli and Andrias, JJ.